# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN VOLKMANN,<br><br>   Plaintiff,<br><br>   v.<br><br>SOLID GROUND WASHINGTON, *et al.*,<br><br>   Defendants. | Case No. C18-1114-RSL<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

After careful consideration of plaintiff's application to proceed *in forma pauperis* ("IFP"), the governing law and the balance of the record, the Court ORDERS:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable Robert S. Lasnik.

DATED this 30th day of July, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 1