1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

KEVIN VOLKMANN, *et al.*,

        Plaintiffs,

        v.

SOLID GROUND WASHINGTON, *et al.*,

        Defendants.

Case No. C18-1114RSL

ORDER DENYING MOTION
FOR TEMPORARY
RESTRAINING ORDER

15
16
17

       This matter comes before the Court on plaintiff's "Motion for Temporary Restraining Order and Request for Immediate Stay of Eviction Pending Consideration of the Motion for Temporary Restraining Order." Dkt. # 4.

18
19
20
21
22

       Plaintiff's *pro se* complaint seeks more than $10 million in damages based on a litany of claims that include hundreds of assaults in the downtown YMCA locker room, Dkt. # 1-1 at 6, stalkers and loiterers outside his apartment building, id., pimping of juveniles at the building, id. at 9, truckers and loitering old men in Magnuson Park, id. at 10, disagreements with his college instructors, id. at 12, hacking of his email account, id. at 16, and wrongful eviction, id. at 25.

23
24
25
26
27
28

       In considering a motion for a temporary restraining order, the Court weighs plaintiff's likelihood of success on the merits, the likelihood of irreparable injury, the balance of hardships, and the public interest. See Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008). Likelihood of success on the merits is the most important factor, and a party seeking a stay or temporary restraining order will not succeed without passing that threshold inquiry. Garcia v. Google, Inc., 786 F.3d 733, 740 (9th Cir. 2015).

ORDER DENYING MOTION FOR TRO - 1

1    It is difficult to discern from plaintiff's filings the exact basis for the relief he seeks. He

2  clearly has a number of disagreements with the named defendants, but the Court is unable to

3  find any basis in federal law justifying preliminary relief. The Court concludes that plaintiff has

4  not met his burden of showing that he is likely to succeed on the merits. <u>See</u> <u>id.</u> For that reason,

5  plaintiff's motion for a temporary restraining order, Dkt. # 4, is DENIED.

6    DATED this 31st day of July, 2018.

7

8

9                                             Robert S. Lasnik

10                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28