# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KEVIN VOLKMANN,

    Plaintiff,

v.

SOLID GROUND WASHINGTON, *et al.*,

    Defendants.

NO. C18-1114RSL

ORDER OF DISMISSAL

On September 4, 2018, the Court granted plaintiff's motion to consolidate two causes of action and directed him to file an amended consolidated complaint. Dkt. # 13. He did not do so by the stated deadline. The Court exercised its discretion to extend the deadline and allow plaintiff to file an amended complaint on or before November 16, 2018. Dkt. # 19. Again, he failed to do so. Plaintiff was warned that no further extensions of time would be provided absent an affirmative showing that he was diligent in his efforts to comply with the established deadline.

//

//

ORDER OF DISMISSAL - 1

In light of plaintiff's failure to timely and diligently comply with orders of the Court and prosecute this case, the above cause of action is hereby DISMISSED.

Dated this 21st day of November, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2