UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN VOLKMANN,

Plaintiff,

v.

SOLID GROUND WASHINGTON, *et al.*,

Defendants.

NO. C18-1114RSL

ORDER DENYING MOTION FOR RECONSIDERATION

In July and August of this year, plaintiff filed two lawsuits involving the living conditions and eviction practices of organizations that provide housing services in the Seattle area. At plaintiff's request, the Court consolidated the two cases, but he twice failed to file an amended consolidated complaint by the deadlines established by the Court. The case was therefore dismissed for failure to comply with orders of the Court and failure to prosecute. Dkt. # 22.

Following the dismissal, plaintiff filed a second motion for an extension of time in which to file the amended complaint, asserting that he has a disability related to "illness, continuing harassment by the defendants and their affiliates, . . . incapacity associated with homelessness" and "weather" (Dkt. # 23 at 7-8) that prevented him from timely investigating and properly alleging his potential causes of action. The request for additional time was denied. The Court

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

found that if, as plaintiff's motion suggested, he was unable to make out a claim against the six individuals or entities he had chosen to sue in federal court, the proper course of action was to dismiss without prejudice so that plaintiff could test his various theories and identify facts indicative of liability before initiating a lawsuit. Dkt. # 25.

Plaintiff has provided no additional information in his untimely motion for reconsideration. Dkt. # 27. The motion is therefore DENIED.

Dated this 12th day of December, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2