UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN VOLKMANN,

    Plaintiff,

    v.

SOLID GROUND WASHINGTON, *et al.*,

    Defendants.

NO. C18-1114RSL

ORDER DENYING SECOND MOTION FOR RECONSIDERATION

    In July and August of this year, plaintiff filed two lawsuits involving the living conditions and eviction practices of organizations that provide housing services in the Seattle area. At plaintiff's request, the Court consolidated the two cases, but he twice failed to file an amended consolidated complaint by the deadlines established by the Court. The case was therefore dismissed for failure to comply with orders of the Court and failure to prosecute. Dkt. # 22.

    Following the dismissal, plaintiff filed a second motion for an extension of time in which to file the amended complaint, followed by a motion for reconsideration. Plaintiff asserted that he has a disability related to "illness, continuing harassment by the defendants and their affiliates, . . . incapacity associated with homelessness" and "weather" (Dkt. # 23 at 7-8) that prevented him from timely investigating and properly alleging his potential causes of action.

ORDER DENYING SECOND MOTION
FOR RECONSIDERATION - 1

Both requests for relief were denied on the ground that, if plaintiff is currently unable to make out a claim against the six individuals or entities he sued in federal court, the proper course of action is to dismiss the complaint without prejudice so that plaintiff may test his various theories and identify facts indicative of liability before initiating a lawsuit. Dkt. # 25.

Plaintiff has filed a "Motion and Notice - To Reconsider Amended Motion for Leave to File Amended Complaint." Dkt. # 29. No new information was provided, not has manifest error been shown. The motion is therefore DENIED.

Dated this 20th day of December, 2018.

Robert S. Lasnik
United States District Judge

ORDER DENYING SECOND MOTION
FOR RECONSIDERATION - 2